**UNITED STATES DISTRICT COURT**

The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY,

                                  Plaintiff,              **SCHEDULING ORDER**

      -against-                                              25 Civ. 3243 (KMK)(JCM)

COLIN P. MAHON, *et al.*,

                                Defendants.
-------------------------------------------------------------X

       The Court has scheduled a Status Conference for December 3, 2025 at 10:30 a.m. before

Magistrate Judge Judith C. McCarthy in Courtroom 421.

Dated:  September 24, 2025
          White Plains, New York

                                                      **SO ORDERED:**

                                                      _____
                                                      JUDITH C. McCARTHY
                                                      United States Magistrate Judge