# GOLDBERG SEGALLA

Luis G. Sabillon | Partner
DIRECT 914.798.5470 | lsabillon@goldbergsegalla.com

March 4, 2026

*Via ECF*
The Honorable Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:    **Government Employees Insurance Company v. Colin P. Mahon, et al.**
          **Docket No.:    7:25-cv-03243-KMK-JCM**

Dear Judge Karas:

Our office represents the Plaintiff, Government Employees Insurance Company ("GEICO"), in the above-referenced action. This letter is respectfully submitted to request that the Court grant an extension of the existing deadline to file pre-motion letters. This is GEICO's second request.

We are pleased to advise that the corresponding underlying *Klein* liability action recently settled. While the undersigned was not involved in that settlement, we have been advised that the settlement documents have been exchanged and the parties are awaiting the final payments to be received before the *Klein* action can be discontinued.

With respect to the pending declaratory judgment action, GEICO's coverage claims against Defendant, Jacob Klein ("Jacob Klein"), were recently dismissed (Dkt. 67) [the claims against co-defendants, Textron and Colin Mahon, were previously dismissed (see, Dkt. 24 and 54)]. At this juncture, only the nominal defendant, Falkirk, remains in the litigation. To that end, GEICO and Falkirk are actively working to resolve the remaining claims and bring the instant litigation to its conclusion. Indeed, GEICO has provided a proposed settlement agreement, which Falkirk is currently reviewing. While GEICO remains hopeful that an amicable resolution can ultimately be reached, if the parties are unable to come to an agreement, GEICO intends to proceed with motion practice. Counsel for Falkirk is currently away and unavailable to discuss further until next week.

Per your Honor's January 20, 2026 Order (Dkt. 62), pre-motion letters and corresponding responses are to be filed on March 6, 2026 and March 13, 2026, respectively. However, in light of the foregoing, GEICO respectfully requests that the deadline to submit its pre-motion letter and corresponding responses (if any) be extended to March 27, 2026 and April 10, 2026, respectively. GEICO also asks that the April 8, 2026 conference be rescheduled to a later date.

The court's time and attention to this matter is greatly appreciated.

Granted.

So Ordered.

3/4/26

Very truly yours,

Luis Sabillon

OFFICE LOCATION 50 Main Street, Suite 425, White Plains, NY 10606-1934 | PHONE 914-798-5400 | FAX 914-798-5401 | www.goldbergsegalla.com
CALIFORNIA | CONNECTICUT | DELAWARE | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
IMANAGE\6303\0004\55657965.v2-3/4/26